"O"

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TYRONE F. SWAIN,<br><br>Petitioner,<br><br>v.<br><br>LARRY SMALL, WARDEN,<br><br>Respondent. | Case No. CV 08-04186 GAF (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto, *de novo*. IT IS ORDERED that:

1. The Court finds the Objections fail to demonstrate that the findings and conclusions set forth in the R&R are based upon errors of fact or law. Therefore, the Objections are overruled and the R&R is approved and adopted.

2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: January 9, 2009

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE