JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
JAN 12 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TYRONE F. SWAIN, | Case No. CV 08-04186 GAF (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| LARRY SMALL, WARDEN, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: January 9, 2009

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 13 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY