FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 26 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TYRONE FRANKLIN SWAIN,<br>　　Petitioner,<br>　　v.<br>LARRY SMALL,<br>　　Respondent. | Case No. CV 08-04186 GAF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: September 26, 2012

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 26 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY